USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 17, 2016

John P. Margiotta (*jmargiotta@frosszelnick.com*)
Jennifer Insley-Pruitt (*jinsley-pruitt@frosszelnick.com*)
Felicity Kohn (*fkohn@frosszelnick.com*)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY 10017
Tel: (212) 813-5900

*Attorneys for Plaintiff and Counterclaim Defendant*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

AQUAZZURA ITALIA SRL,

    Plaintiff,

v.

IVANKA TRUMP, IT COLLECTION LLC, MARC FISHER HOLDINGS LLC, and M.B. FISHER LLC,

    Defendants.

IT COLLECTION LLC and MARC FISHER HOLDINGS LLC,

    Counterclaim Plaintiffs,

v.

AQUAZZURA ITALIA SRL,

    Counterclaim Defendant.

Civil Action No. 1:16-cv-04782-KBF

**STIPULATED DISMISSAL
OF DEFENDANT M.B. FISHER LLC
WITHOUT PREJUDICE**

The parties to this matter, by and through their undersigned attorneys, hereby stipulate and agree to a dismissal without prejudice of defendant M.B. Fisher LLC in this action, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiff Aquazzura Italia SRL and

{F2087665.2 }

M.B. Fisher LLC shall each bear their own costs and attorneys' fees related to the inclusion and subsequent dismissal of M.B. Fisher LLC from this matter.

Dated: November 15, 2016
New York, New York

WILSON KEADJIAN BROWNDORF, LLP

By: _____
Darren W. Saunders

200 Park Avenue
Suite 1745
New York, NY 10166
Tel: (888) 690-5557
Fax: (646) 513-3205
Email: *dsaunders@wkbllp.com*

*Attorneys for Defendants Ivanka Trump, IT Collection, LLC, Marc Fisher Holdings LLC, and M.B. Fisher LLC and Defendants-Counterclaim Plaintiffs IT Collection LLC and Marc Fisher Holdings LLC*

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
John P. Margiotta
Jennifer Insley-Pruitt
Felicity Kohn
866 United Nations Plaza
New York, NY 10017
Tel: (212) 813-5900
Fax: (212) 813-5901
Email: *jmargiotta@frosszelnick.com*
       *jinsley-pruitt@frosszelnick.com*
       *fkohn@frosszelnick.com*

*Attorneys for Plaintiff-Counterclaim Defendant Aquazzura Italia SRL*

**SO ORDERED:**

_____   11/17/16
**U.S.D.J.**

{F2087665.2}