# FROSS ZELNICK LEHRMAN & ZISSU, P.C.

**Partners**
Ronald J. Lehrman
Stephen Bigger
Roger L. Zissu
Richard Z. Lehv
David Ehrlich
Susan Upton Douglass
Peter J. Silverman
Lawrence Eli Apolzon
Barbara A. Solomon
Mark D. Engelmann
Nadine H. Jacobson
Andrew N. Fredbeck
Craig S. Mende
Allison Strickland Ricketts
John P. Margiotta
Lydia T. Gobena
Carlos Cucurella
James D. Weinberger
David Donahue
Nancy E. Sabarra
Charles T. J. Weigell III
Laura Popp-Rosenberg
Cara A. Boyle
Karen Lim
Jason Jones

**Senior Counsel**
Janet L. Hoffman

**Counsel**
James D. Silberstein
Joyce M. Ferraro
Robert A. Becker
Tamar Niv Bessinger
Nancy C. DiConza

**Associates**
Leo Kittay
Todd Martin
Sherri N. Duitz
Amanda B. Agati
Jennifer Insley-Pruitt
Emily Weiss
Ashford Tucker
Erica Gould
Matthew Frisbee
Celadon Whitehurst
Hindy Dym
Katherine Lyon Dayton
Maritza C. Schaeffer
Jessica Vosgerchian

June 8, 2017

**BY ECF AND EMAIL**

The Honorable Katherine B. Forrest
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2230
New York, New York 10007

Re:   *Aquazzura Italia SRL v. Ivanka Trump et al.*, No. 16-cv-4782(KBF)
      (Our Ref.: AQUZ USA TC-1602071)

Dear Judge Forrest:

We represent Plaintiff Aquazzura Italia SRL ("Plaintiff") in this action. We write pursuant to Your Honor's April 25, 2017 Order to provide a publicly accessible conference call line for the telephonic status conference scheduled for June 13, 2017 at 1:00 p.m.

All callers dialing into the status conference may use the following access number and passcode information:

    U.S. Access Number:   (800) 220-9875
    Participant Passcode:   59121003

Respectfully submitted,

*Jennifer Insley-Pruitt*

Jennifer Insley-Pruitt

cc: All Counsel via ECF