# FROSS ZELNICK LEHRMAN & ZISSU, P.C.

**Partners**
Ronald J. Lehrman
Stephen Bigger
Roger L. Zissu
Richard Z. Lehv
David Ehrlich
Susan Upton Douglass
Peter J. Silverman
Lawrence Eli Apolzon
Barbara A. Solomon
Nadine H. Jacobson
Andrew N. Fredbeck
Craig S. Mende
Allison Strickland Ricketts
John P. Margiotta
Lydia T. Gobena
Carlos Cucurella
James D. Weinberger
David Donahue
Nancy E. Sabarra
Charles T. J. Weigell III
Laura Popp-Rosenberg
Cara A. Boyle
Karen Lim
Jason Jones

**Senior Counsel**
Janet L. Hoffman

**Counsel**
James D. Silberstein
Joyce M. Ferraro
Robert A. Becker
Tamar Niv Bessinger
Nancy C. DiConza

**Associates**
Leo Kittay
Todd Martin
Sherri N. Duitz
Amanda B. Agati
Jennifer Insley-Pruitt
Emily Weiss
Ashford Tucker
Erica Gould
Matthew Frisbee
Celadon Whitehurst
Hindy Dym
Katherine Lyon Dayton
Maritza C. Schaeffer
Jessica Vosgerchian

July 5, 2017

**BY ECF AND EMAIL**

The Honorable Katherine B. Forrest
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2230
New York, New York 10007

Re:  *Aquazzura Italia SRL v. Ivanka Trump et al.*, No. 16-cv-4782(KBF)
     (Our Ref.: AQUZ USA TC-1602071)

Dear Judge Forrest:

We represent Plaintiff Aquazzura Italia SRL ("Plaintiff") in this action. We write on behalf of all parties pursuant to Your Honor's Individual Rules I.B and G to request clarification of the Court's June 23, 2017 Order. In that Order, the Court sua sponte extended discovery to the end of October 2017, but stated that it was "solely for the purpose of allowing this deposition to occur." The parties are uncertain whether the Court meant that for the sole purpose of allowing Ms. Trump's deposition to occur all dates for discovery are extended, or if the Court meant that all fact discovery must still be completed by September 22, 2017, and Ms. Trump's deposition may take place beyond that date.

If the latter, we note that expert reports could be due before Ms. Trump's fact deposition. Accordingly, the parties jointly request that the Court extend all discovery dates to accommodate Ms. Trump's deposition taking place by the end of October, with expert reports to follow on the same or a similar timeline as previously ordered by the Court. The parties agree that neither will be prejudiced by extending the fact discovery period through the end of October, and re-setting the expert discovery deadlines accordingly.

The parties do not make this request for the purpose of delay, but rather to avoid prejudice and to ensure that discovery takes place in an orderly fashion.

Respectfully submitted,

*/s/ John Margiotta*

John P. Margiotta

cc: All Counsel via ECF