UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
AQUAZZURA ITALIA SRL,

                      Plaintiff,

           -v-

IVANKA TRUMP; IT COLLECTION LLC;
MARC FISHER HOLDINGS LLC; and M.B.
FISHER LLC,

                      Defendants.
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 6, 2017

16-cv-4782 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

    The Court has reviewed the parties' joint request for an extension of the fact and expert discovery periods in light of the Court's order of June 23, 2017. (ECF No. 91.) The Court hereby GRANTS the request and sets the following schedule for the resolution of this matter:

1. Fact discovery shall close **Tuesday, October 31, 2017**.

2. Expert discovery shall close **Friday, December 22, 2017**. Expert reports shall be due not later than **Monday, November 6, 2017**. Rebuttal reports shall be due not later than **Monday, December 4, 2017**.

3. Dispositive motions shall be filed not later than **Friday, January 12, 2018**. Oppositions shall be filed not later than **Friday, February 2, 2018**. Replies shall be filed not later than **Friday, February 9, 2018**.

4. <u>Daubert</u> motions shall be filed not later than **Wednesday, February 14, 2018**.  Oppositions shall be filed not later than **Wednesday, February 28, 2017**.  No replies.

5. Pretrial materials, including the Joint Pretrial Order, are due **Wednesday, March 7, 2017**.

6. The Final Pretrial Conference is set for **Wednesday, March 14, 2017, at 1:00 p.m.**

7. Trial shall commence **Monday, March 19, 2018**.

Additional extension requests will not be granted absent extremely good cause shown.

SO ORDERED.

Dated:     New York, New York
           July 6, 2017

_____
KATHERINE B. FORREST
United States District Judge