# FROSS ZELNICK LEHRMAN & ZISSU, P. C.

**Partners**

Ronald J. Lehrman

Stephen Bigger

Roger L. Zissu

Richard Z. Lehv

David Ehrlich

Susan Upton Douglass

Peter J. Silverman

Lawrence Eli Apolzon

Barbara A. Solomon

Nadine H. Jacobson

Andrew N. Fredbeck

Craig S. Mende

Allison Strickland Ricketts

John P. Margiotta

Lydia T. Gobena

Carlos Cucurella

James D. Weinberger

David Donahue

Nancy E. Sabarra

Charles T. J. Weigell III

Laura Popp-Rosenberg

Cara A. Boyle

Karen Lim

Jason Jones

**Senior Counsel**

Janet L. Hoffman

**Counsel**

James D. Silberstein

Joyce M. Ferraro

Robert A. Becker

Tamar Niv Bessinger

Nancy C. DiConza

**Associates**

Leo Kittay

Todd Martin

Sherri N. Duitz

Amanda B. Agati

Jennifer Insley-Pruitt

Emily Weiss

Ashford Tucker

Erica Gould

Matthew Frisbee

Celadon Whitehurst

Hindy Dym

Katherine Lyon Dayton

Maritza C. Schaeffer

Jessica Vosgerchian

September 1, 2017

**BY ECF**

The Honorable Katherine B. Forrest
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2230
New York, New York 10007

Re:    *Aquazzura Italia SRL v. Ivanka Trump et al.*, No. 16-cv-4782(KBF)
        (Our Ref.: AQUZ USA TC-1602071)

Dear Judge Forrest:

We represent Plaintiff Aquazzura Italia SRL ("Plaintiff") in this action.  We write pursuant to Your Honor's June 13, 2017 Order to provide a publicly accessible conference call line for the telephonic status conference scheduled for September 8, 2017 at 4:00 p.m.

All callers dialing into the status conference may use the following access number and passcode information:

    U.S. Access Number:  (800) 220-9875
    Participant Passcode: 59121003

Respectfully submitted,

Jennifer Insley-Pruitt

cc: All Counsel via ECF