John P. Margiotta (*jmargiotta@frosszelnick.com*)
Jennifer Insley-Pruitt (*jinsley-pruitt@frosszelnick.com*)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
4 Times Square
New York, NY 10036
Tel: (212) 813-5900

*Attorneys for Plaintiff and Counterclaim Defendant*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AQUAZZURA ITALIA SRL, | |
| Plaintiff, | |
| v. | |
| IVANKA TRUMP, IT COLLECTION LLC, and MARC FISHER HOLDINGS LLC, | Civil Action No. 1:16-cv-04782-KBF |
| Defendants. | **STIPULATED DISMISSMAL** |
| IT COLLECTION LLC and MARC FISHER HOLDINGS LLC, | |
| Counterclaim Plaintiffs, | |
| v. | |
| AQUAZZURA ITALIA SRL, | |
| Counterclaim Defendant. | |

It is hereby stipulated and agreed by and between Plaintiff-Counterclaim Defendant Aquazzura Italia SRL, Defendant Ivanka Trump, and Defendants-Counterclaim Plaintiffs IT Collection LLC and Marc Fisher Holdings LLC that all claims and counterclaims in this action are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

{F2408957.1 }

All parties shall bear their own costs and attorneys' fees.

Dated: November 17, 2017
New York, New York

| | |
|---|---|
| WILSON KEADJIAN BROWNDORF, LLP | FROSS ZELNICK LEHRMAN & ZISSU, P.C. |
| By: *[signature]* | By: *[signature]* |
| Darren W. Saunders | John P. Margiotta |
| Cassandra M. Tam | Jennifer Insley-Pruitt |
| 200 Park Avenue, Suite 1745 | 4 Times Square |
| New York, NY 10166 | New York, NY 10036 |
| Tel: (888) 690-5557 | Tel: (212) 813-5900 |
| Fax: (646) 513-3205 | Fax: (212) 813-5901 |
| Email: *dsaunders@wkbllp.com* | Email: *jmargiotta@frosszelnick.com* |
| *ctam@wkbllp.com* | *jinsley-pruitt@frosszelnick.com* |
| *Attorneys for Defendants Ivanka Trump, IT Collection, LLC, and Marc Fisher Holdings LLC and Defendants-Counterclaim Plaintiffs IT Collection LLC and Marc Fisher Holdings LLC* | *Attorneys for Plaintiff-Counterclaim Defendant Aquazzura Italia SRL* |

{F2408957.1}

*So ordered,*
*KBF, JU[?]*
*USDJ*
11/17/17